IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARCELLE RANEE COCHRANE,                    Case No.  3:16-cv-01194-HZ

        Plaintiff,

   v.

NANCY A. BERRYHILL,                         ORDER
Acting Commissioner of
Social Security,

        Defendant.

_____

      Based on the stipulation of the parties and Plaintiff's application, it is ORDERED that

attorney fees in the amount of $10,500 are awarded to Plaintiff under the Equal Access to Justice

Act, 28 U.S.C. § 2412(d).  The parties agree that Plaintiff has assigned the EAJA attorney fees to

Plaintiff's attorney.  The attorney fees shall be paid to Plaintiff's attorney, subject to verification

that Plaintiff does not have a debt which qualifies for offset against the EAJA fees under the

Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010).  If Plaintiff has

no such debt, then the check shall be made payable to Plaintiff's attorney, Laurie B. Mapes.  If

Plaintiff has such a debt, then the check for any remaining funds after offset of the debt shall be

ORDER - 1

made payable to Plaintiff.  The check, regardless of the named payee, shall be mailed to

Plaintiff's attorney, Laurie B. Mapes, at P.O. Box 1241, Scappoose, Oregon, 97056.


DATED this _____3_____ day of _August_____, 2017.

_Marco Hernandez_____
United States District Judge


SUBMITTED BY:

s/ Laurie B. Mapes
Laurie B. Mapes
OSB # 841670
(503) 543-2900
Attorney for Plaintiff